

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00137-CR

MARC ALYM KENNEDY                                              APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
## TRIAL COURT NO. 0525899A

----------

## MEMORANDUM OPINION[1]

----------

In 1994, the trial court sentenced appellant Marc Alym Kennedy to six years' confinement for burglary. In February 2018, he filed a notice of appeal. We sent him a letter expressing our concern that we lacked jurisdiction over the appeal because the notice of appeal was not timely. We informed him that

---

[1]*See* Tex. R. App. P. 47.4.

unless he filed a response showing grounds for continuing the appeal, we would dismiss it.

Kennedy responded to our letter, but his response does not show grounds for continuing the appeal. Because his notice of appeal was not timely and because a timely notice of appeal is an essential component of our jurisdiction, we dismiss the appeal. *See* Tex. R. App. P. 25.2(b), 26.2(a)(1) (stating that a defendant has thirty days after the imposition of a sentence to file a notice of appeal), 43.2(f); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993) (discussing the rule of appellate procedure that preceded rule 26.2, which likewise required the filing of a notice of appeal within thirty days after the imposition of a sentence, and dismissing an untimely appeal for want of jurisdiction).

/s/ Wade Birdwell
WADE BIRDWELL
JUSTICE

PANEL: SUDDERTH, C.J.; WALKER and BIRDWELL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 14, 2018